**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VHP LLC | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE AFFINITY INSURANCE | : | |
| COMPANY OF AMERICA | : | |
| | : | |
| Defendant. | : | MAY 22, 2026 |

## NOTICE OF REMOVAL

**TO:    THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, the Defendant, Nationwide Affinity Insurance Company of America ("Nationwide"), by and through its undersigned counsel, Gfeller Laurie LLP, hereby gives notice of removal of this case to this Honorable Court from the Superior Court of Connecticut, Judicial District of Ansonia-Milford at Milford. Nationwide appeared in the Superior Court of Connecticut solely for the purpose of removal and for no other purpose, reserving all defenses available to it. In support of removal, Nationwide asserts as follows:

1. The underlying action was commenced against Nationwide in the Superior Court of Connecticut, Judicial District of Ansonia-Milford at Milford, under the case caption *VHP LLC v. Nationwide Affinity Insurance Company of America*. Docket number AAN-CV26-6067449-S was assigned to the action in the Superior Court of Connecticut. A true and accurate copy of the Summons and Complaint served on Nationwide are attached hereto as **Exhibit A**.

2. Nationwide received service of process via its registered agent on April 23, 2026. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed timely as it is within thirty

(30) days of receipt by Nationwide of the initial pleading in the Superior Court action. A true and correct copy of the State Marshal's Return of Service is attached hereto as **Exhibit B**. A true and correct copy of CSC Global's service upon Nationwide, showing Nationwide's actual receipt of the Complaint, is attached hereto as **Exhibit C**.

3. Nationwide has not filed an answer to the Complaint. Nationwide filed a Motion for Extension of Time to Plead in order to avoid a default judgment due to its late receipt of the Complaint. Further, Nationwide filed a Scheduling Order due to a court ordered deadline, again to avoid a default judgment due to its late receipt of the Complaint. Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state court file, which constitutes all pleadings, processes, motions, notices, orders and other papers served or filed in this matter is attached hereto as **Exhibit D**.

4. Within the Complaint, Plaintiff sets forth causes of action as follows: (1) breach of contract and (2) violation of the Connecticut Unfair Trade Practices Act. These causes of action arise from an alleged breach of insurance contract and bad faith in claims handling pertaining to purported damage to Plaintiff's property as a result of a fire.

5. This Notice of Removal is being filed in the United States District Court for the District of Connecticut, the district in which the case is pending.

6. Nationwide removes this lawsuit to federal court based upon diversity of jurisdiction.

7. 28 U.S.C. § 1332(a)(1) provides, in pertinent part, that "[t]he district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States." The party seeking removal bears the burden of establishing diversity jurisdiction. *See United Food & Commercial Workers Union v. CenterMark Props. Meriden Square, Inc.*, 30 F.3d 298, 301

(2d Cir. 1994); *see also McNutt v. General Motors Acceptance Corp. of Indiana*, 298 U.S. 178, 189 (1936).

8. Complete diversity of citizenship exists between Plaintiff and Defendant at the time of the filing of the Complaint, at the time of removal, and at all intervening times.

9. It is well-settled that for purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77 (2010).

10. According to the Complaint, Plaintiff is an active Connecticut limited liability corporation and has its primary place of business in Ansonia, Connecticut.

11. Nationwide is an Ohio corporation and has its primary place of business in Columbus, Ohio.

12. The Complaint alleges that "there is a deficiency owed to the Plaintiff in the amount of $259,439.08 plus Business Income loss of $30,000.00, which is the amount prayed for in this matter." **Exhibit A,** Complaint, Count 1, ¶ 8. The Complaint further alleges, "As a direct and proximate result of the Defendant NATIONWIDE's violation of CUTPA, the Plaintiff has suffered monetary damages in the amount of $289,439.08." **Exhibit A,** Complaint, Count 2, ¶ 17.

13. Thus, this matter is removable pursuant to 28 U.S.C. §§ 1441(a) as complete diversity of citizenship exists between the parties, as defined in 28 U.S.C. §1332(a). Venue in this Court is proper because the action was instituted in Connecticut Superior Court and the events giving rise to this and the underlying action to which it pertains occurred in Connecticut.

14. Further, based on the allegations of the Complaint, the amount in controversy is in excess of $75,000.00 exclusive of interests and costs and therefore, is removable under 28 U.S.C. §1332(a).

3

15. As required under 28 U.S.C. § 1446(d), Nationwide will give notice of the filing of this Notice of Removal to the clerk of the Superior Court of Connecticut, Judicial District of Ansonia-Milford at Milford, where this action is now pending.

16. Nationwide reserves the right to file additional support for this Notice of Removal by way of affidavits, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and legal argument.

WHEREFORE, Nationwide General Insurance Company respectfully requests that the above action now pending in the Superior Court for the State of Connecticut, Judicial District of Danbury at Danbury, be removed therefrom to this Court.

**DEFENDANT,**
**NATIONWIDE AFFINITY INSURANCE**
**COMPANY OF AMERICA**

*/s/ Robert D. Laurie*
Robert D. Laurie, Esq. ct24978
Gfeller Laurie LLP
977 Farmington Ave., Suite 200
West Hartford, CT 06107
Tel. (860)760-8400
Fax. (860)760-8401
rlaurie@gllawgroup.com
*Its Attorneys*

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 22nd day of May 2026, a copy of the foregoing was electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Sarah A. Cohen, Esq.
580 Broad Street
Bristol, CT 06010
saranncohen@hotmail.com
*Attorney for Plaintiff*

*/s/ Robert D. Laurie*_____
Robert D. Laurie, ct24978

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
**SUPERIOR COURT**
www.jud.ct.gov

1/16/26
10:30am

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 14 West River Street, Milford, CT 06460 | ( 203 ) 877 – 4293 | 02/17/2026 |

| | | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| [x] Judicial District  [ ] Housing Session | G.A. [ ] Number: | Milford | Major: C    Minor: 20 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Sarah A Cohen 580 Broad St. Bristol, CT 06010 | 429056 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 860 ) 584 – 5625 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13)   [x] Yes  [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book
saranncohen@hotmail.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: VHP LLC<br>Address: 39 Myrtle Ave, Ansonia, CT 06401 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: Nationwide Affinity Insurance Company of America 1 West Nationwide Blvd Columbus OH<br>Address: Agent for Service:Josh Hershman Commissioner, Connecticut Insurance Department, 153 Market St | D-01 |
| **Additional defendant** | Name: 7th Floor, Hartford  CT  06103<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | [x] Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 01/15/2026 | | [ ] _____ Clerk | Sarah A Cohen |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

**For Court Use Only**
File Date  A TRUE COPY, ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|
| | | | |

Page 1 of 2

RETURN DATE:    February 17, 2026            : SUPERIOR COURT

VHP LLC                                       : J. D. OF ANSONIA-MILFORD

V.                                            : AT MILFORD

NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA   : JANUARY 15, 2026

## COMPLAINT

Count 1:    Breach of Contract

1.      Plaintiff VHP LLC, is an active DOMESTIC/CONECTICUT Limited Liability Corporation (LLC) domiciled at 39 Myrtle Avenue, Ansonia, CT 06401-3140, UNITED STATES. VHP LLC.

2.      VHP LLC is a Lessor of Residential Buildings and Dwellings (NAICS code 531110) and the its Business Authoritative Legal Entity Identifier (ALEI) is 2633229.

2.      Defendant, Nationwide Affinity Insurance Company of America hereinafter called "NATIONWIDE", is a domestic insurer with a corporate address of ONE WEST NATIONWIDE BLVD, COLUMBUS, OH 43215-2220.

3.      Defendant issued the Plaintiff a policy for insurance, policy # ACP BP015443766790. The Declaration Pages for the operative insurance contract is appended as "Exhibit 1."

4.      Pursuant to the terms in that contract, Defendant has covenanted to reimburse the Plaintiff for expenses relating to foreseeable damage to real property located at 378 Dixwell Avenue, New Haven, CT 06511-1702.

5.      A fire occurred on or about January 20, 2024, at 378 Dixwell Avenue in New Haven, CT, resulting in significant fire, smoke, and water damage to the Building and Business Income/Rental loss.

6.      As a result of this damage, the estimated cost to restore the property to its previous condition was $ 537,674.12.

7.      On April 4, 2024, the Defendant sent a check for $ 278,235.04 in order to cover the costs associated with the occurrence.

8.      As a result of this payment, which does not cover the cost to restore the property, there is a deficiency owed to the Plaintiff in the amount of $ 259,439.08 plus Business Income loss of $ 30,000.00, which is the amount prayed for in this matter.

Count 2:    CUTPA

1-8.    Paragraphs 1 through 8 of First Count are hereby made paragraphs 1 – 8 of this count as if fully set forth herein.

9.    The Defendant is subject to additional regulations due to its nature as a commercial insurer, where it is specifically proscribed from unfair claims settlement practices under C.G.S. § 38a-816(6)(g) which protects consumers like the plaintiff from compelling parties to institute litigation to recover amounts due under its insurance policy provisions by offering substantially less than the amounts which have been or will be ultimately recovered in actions such as those brought by the Plaintiff.

10.    The Defendant's underwriting decision to offer a significantly lower sum than is owed demonstrates a knowing decision to breach the contract, which is an unfair act in trade or commerce which has harmed the Plaintiff.

11.    Because of this intentional violation of industry rules and contract, the Plaintiff asserts that the Defendant unfairly refused full payment of his claim.

12.    At all times material, the Defendant NATIONWIDE was a 'person' within the meaning of C.G.S. § 42-110a(3).

13.    The Defendant NATIONWIDE accepted financial responsibility for a routine property insurance claim, then through an unfair claims settlement business practice offered an unconscionably low amount for significant damage to a dwelling in an effort to unjustly enrich itself at the expense of the Plaintiff.

14.    The Defendant authored an appraisal which did not address all the damage clearly visible in photos of the property.

15.    Such conduct alone is exactly the type of conduct the CUTPA statute seeks to proscribe, and the Plaintiff hereby requests additional damages.

16.    Pursuant to C.G.S. § 41-110g(c), a copy of this complaint has been mailed to the Attorney General and the Commissioner of Consumer Protection.

17.    As a direct and proximate result of the Defendant NATIONWIDE's violation of CUTPA, the Plaintiff has suffered monetary damages in the amount of $289,439.08.


Wherefore, the Plaintiff claims:

Money damages.

Treble damages pursuant to CUTPA

Punitive damages pursuant to CUTPA

Incidental and consequential damages

Fees and costs

Any other equitable relief the court deems proper.

THE PLAINTIFF, VHP, LLC

BY

Sarah A Cohen, Its Attorney
580 Broad Street
Bristol, CT  06010
Tel:  (860) 584-5625
Juris #429056

A TRUE COPY, ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

RETURN DATE:     February 17, 2026          : SUPERIOR COURT

VHP LLC                                      : J. D. OF ANSONIA-MILFORD

V.                                           : AT MILFORD

NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA  : JANUARY 15, 2026

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is in excess of $15,000., exclusive of interest and costs.

**THE PLAINTIFF**

BY:_____
        Sarah A. Cohen, Its  Attorney
        580 Broad Street
        Bristol, CT 06010
        Tel: 860-584-5625
        Juris # 429056

A TRUE COPY; ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

# EXHIBIT B

STATE OF CONNECTICUT)

                    ) ss. Hartford                             January 16, 2026

COUNTY OF HARTFORD  )

Then and there by virtue hereof, on January 16, 2026, in the Town of Hartford, County of Hartford, I left with and in the hands of the clerk in charge of the Office of the State of Connecticut, Insurance Commissioner Andrew Mais, the agent for service for Nationwide Affinity Insurance Company of America, the within named defendant, 153 Market Street, 7th Floor, Hartford, Ct., two true and attested verified copies of the original Writ, Summons, Complaint and Statement of Amount in Demand with my endorsement thereon.

The within and foregoing is the original Amended Writ, Summons, Complaint and Statement of Amount in Demand with my doings hereon endorsed.

ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

| | | |
|---|---|---|
| Pages | $ | 10.00 |
| Ends. | | 4.00 |
| Service | | 50.00 |
| Travel | | 26.00 |
| Ins. Com. | | Paid |
| Total | $ | 90.00 |

# EXHIBIT C



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 33874937**
**Date Processed: 04/23/2026**

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>1 Nationwide Plz<br>Columbus, OH 43215-2226 |
| **Electronic copy provided to:** | Dawn DeRan |

| | |
|---|---|
| **Entity:** | Nationwide Affinity Insurance Company Of America<br>Entity ID Number  3286027 |
| **Entity Served:** | Nationwide Affinity Insurance Company Of America |
| **Title of Action:** | VHP LLC vs. Nationwide Affinity Insurance Company Of America |
| **Matter Name/ID:** | VHP LLC vs. Nationwide Affinity Insurance Company Of America (19130527) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Ansonia/Milford Superior Court, CT |
| **Case/Reference No:** | Not shown |
| **Jurisdiction Served:** | Connecticut |
| **Date Served on CSC:** | 04/23/2026 |
| **Answer or Appearance Due:** | 02/17/2026 |
| **Originally Served On:** | Dept. of Insurance in Connecticut on 01/16/2026 |
| **How Served:** | Certified Mail |
| Sender Information: | Sarah A Cohen, Its Attorney<br>860-584-5625 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

## *STATE OF CONNECTICUT*
## OFFICE OF INSURANCE COMMISSIONER

This is to certify that the foregoing is a copy of a process served upon me, a person in the office of the Insurance Commissioner of Connecticut, designated by him, pursuant to the statute in such cases made and provided, as one upon whom, in his absence, service of process may be made, upon an insurance company, corporation or association, with the same force and effect as though made on such commissioner personally.

<u>January 16, 2026</u>                                           <u>10:30 am</u>

*Insurance Commissioner*



## *STATE OF CONNECTICUT*
## OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

NATIONWIDE AFFINITY INS CO OF AMER
CORPORATION SERVICE COMPANY
GOODWIN SQUARE
225 ASYLUM STREET, 20TH FLOOR
HARTFORD, CT 06103

**Pursuant to the statute in such cases made and provided, I forward herewith a copy of the process served as set forth in the certificate thereto attached.**

**Respectfully yours,**

*Insurance Commissioner*

Department:WRHTS
Sender:AW



USPS CERTIFIED MAIL

9214 8901 9403 8352 4295 13

STATE OF CONNECTICUT
INSURANCE DEPARTMENT
P.O. BOX 816
HARTFORD, CT 06142-0816

FIRST-CLASS

US POSTAGE ᴾᴵᵀᴺᴱʸ ᴮᴼᵂᴱˢ

ZIP 06106   $ 010.02⁰
02 7W
0008027541 JAN 20 2026

NATIONWIDE AFFINITY INS CO OF AMER
CORPORATION SERVICE COMPANY
100 PEARL STREET, 17TH FLOOR - MC-CSC1
HARTFORD, CT  06103

NIXIE      661   5E 18CU      0203/23/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 06142081616    0060N081232-02042

Department:WHITS                    Sender:AW



USPS CERTIFIED MAIL

9214 8901 9403 8369 0341 82

STATE OF CONNECTICUT
INSURANCE DEPARTMENT
P.O. BOX 816
HARTFORD, CT 06142-0816

FIRST-CLASS



US POSTAGE ᴹᴾPITNEY BOWES

ZIP 06106   $ 010.29⁰
02 7W
0008027541 APR 21 2026



NATIONWIDE AFFINITY INS CO OF AMER
CORPORATION SERVICE COMPANY
GOODWIN SQUARE
225 ASYLUM STREET, 20TH FLOOR
HARTFORD, CT 06103

# EXHIBIT D

**SUMMONS - CIVIL**

JD-CV-1  Rev. 2-25
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ |
|---|

**STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT**
*www.jud.ct.gov*

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 14 West River Street, Milford, CT  06460 | ( 203 ) 877 – 4293 | 02/17/2026 |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | ☐ Number: | **Milford** | Major: **C** | Minor: **20** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Sarah A Cohen 580 Broad St. Bristol, CT  06010 | 429056 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 584 – 5625 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13) ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book saranncohen@hotmail.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: VHP LLC<br>Address: 39 Myrtle Ave, Ansonia, CT 06401 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: Nationwide Affinity Insurance Company of America 1 West Nationwide Blvd Columbus OH<br>Address: Agent for Service:Josh Hershman Commissioner, Connecticut Insurance Department, 153 Market St | D-01 |
| **Additional defendant** | Name: 7th Floor, Hartford  CT  06103<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants:1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>01/15/2026 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ _____ Clerk | Name of person signing<br>Sarah A Cohen |
|---|---|---|---|

| If this summons is signed by a Clerk: | *For Court Use Only* |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

**Page 1 of 2**

RETURN DATE:    February 17, 2026         : SUPERIOR COURT

VHP LLC                                   : J. D. OF ANSONIA-MILFORD

V.                                       : AT MILFORD

NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA  : JANUARY 15, 2026

## COMPLAINT

Count 1:     Breach of Contract


1.     Plaintiff VHP LLC, is an active DOMESTIC/CONECTICUT Limited Liability Corporation (LLC) domiciled at 39 Myrtle Avenue, Ansonia, CT 06401-3140, UNITED STATES. VHP LLC.

2.     VHP LLC is a Lessor of Residential Buildings and Dwellings (NAICS code 531110) and the its Business Authoritative Legal Entity Identifier (ALEI) is 2633229.

2.     Defendant, Nationwide Affinity Insurance Company of America hereinafter called "NATIONWIDE", is a domestic insurer with a corporate address of ONE WEST NATIONWIDE BLVD, COLUMBUS, OH 43215-2220.

3.     Defendant issued the Plaintiff a policy for insurance, policy # ACP BP015443766790. The Declaration Pages for the operative insurance contract is appended as "Exhibit 1."

4.     Pursuant to the terms in that contract, Defendant has covenanted to reimburse the Plaintiff for expenses relating to foreseeable damage to real property located at 378 Dixwell Avenue, New Haven, CT 06511-1702.

5.     A fire occurred on or about January 20, 2024, at 378 Dixwell Avenue in New Haven, CT, resulting in significant fire, smoke, and water damage to the Building and Business Income/Rental loss.

6.     As a result of this damage, the estimated cost to restore the property to its previous condition was $ 537,674.12.

7.     On April 4, 2024, the Defendant sent a check for $ 278,235.04 in order to cover the costs associated with the occurrence.

8.     As a result of this payment, which does not cover the cost to restore the property, there is a deficiency owed to the Plaintiff in the amount of $ 259,439.08 plus Business Income loss of $ 30,000.00, which is the amount prayed for in this matter.

Count 2:      CUTPA

1-8.      Paragraphs 1 through 8 of First Count are hereby made paragraphs 1 – 8 of this count as if fully set forth herein.

9.      The Defendant is subject to additional regulations due to its nature as a commercial insurer, where it is specifically proscribed from unfair claims settlement practices under C.G.S. § 38a-816(6)(g) which protects consumers like the plaintiff from compelling parties to institute litigation to recover amounts due under its insurance policy provisions by offering substantially less than the amounts which have been or will be ultimately recovered in actions such as those brought by the Plaintiff.

10.      The Defendant's underwriting decision to offer a significantly lower sum than is owed demonstrates a knowing decision to breach the contract, which is an unfair act in trade or commerce which has harmed the Plaintiff.

11.      Because of this intentional violation of industry rules and contract, the Plaintiff asserts that the Defendant unfairly refused full payment of his claim.

12.      At all times material, the Defendant NATIONWIDE was a 'person' within the meaning of C.G.S. § 42-110a(3).

13.      The Defendant NATIONWIDE accepted financial responsibility for a routine property insurance claim, then through an unfair claims settlement business practice offered an unconscionably low amount for significant damage to a dwelling in an effort to unjustly enrich itself at the expense of the Plaintiff.

14.      The Defendant authored an appraisal which did not address all the damage clearly visible in photos of the property.

15.      Such conduct alone is exactly the type of conduct the CUTPA statute seeks to proscribe, and the Plaintiff hereby requests additional damages.

16.      Pursuant to C.G.S. § 41-110g(c), a copy of this complaint has been mailed to the Attorney General and the Commissioner of Consumer Protection.

17.      As a direct and proximate result of the Defendant NATIONWIDE's violation of CUTPA, the Plaintiff has suffered monetary damages in the amount of $289,439.08.

Wherefore, the Plaintiff claims:

Money damages.

Treble damages pursuant to CUTPA

Punitive damages pursuant to CUTPA

Incidental and consequential damages

Fees and costs

Any other equitable relief the court deems proper.

THE PLAINTIFF, VHP, LLC

BY

Sarah A Cohen, Its Attorney
580 Broad Street
Bristol, CT  06010
Tel:  (860) 584-5625
Juris #429056

RETURN DATE:      February 17, 2026                    : SUPERIOR COURT

VHP LLC                                                : J. D. OF ANSONIA-MILFORD

V.                                                     : AT MILFORD

NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA   : JANUARY 15, 2026

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is in excess of $15,000., exclusive of interest and costs.

**THE PLAINTIFF**

BY:_____

Sarah A. Cohen, Its  Attorney
580 Broad Street
Bristol, CT 06010
Tel: 860-584-5625
Juris # 429056

STATE OF CONNECTICUT)

                      ) ss. Hartford                                   January 16, 2026

COUNTY OF HARTFORD  )

Then and there by virtue hereof, on January 16, 2026, in the Town of Hartford, County of Hartford, I left with and in the hands of the clerk in charge of the Office of the State of Connecticut, Insurance Commissioner Andrew Mais, the agent for service for Nationwide Affinity Insurance Company of America, the within named defendant, 153 Market Street, 7th Floor, Hartford, Ct., two true and attested verified copies of the original Writ, Summons, Complaint and Statement of Amount in Demand with my endorsement thereon.

The within and foregoing is the original Amended Writ, Summons, Complaint and Statement of Amount in Demand with my doings hereon endorsed.

ATTEST:

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

| | | |
|---|---|---|
| Pages | $ | 10.00 |
| Ends. | | 4.00 |
| Service | | 50.00 |
| Travel | | 26.00 |
| Ins. Com. | | Paid |
| Total | $ | 90.00 |

AAN-CV26-6067449                          SUPERIOR COURT

VHP LLC                                   JUDICIAL DISTRICT OF MILFORD

VS.                                       AT MILFORD

NATIONWIDE AFFINITY INSURANCE             APRIL 27, 2026
COMPANY OF AMERICA

MOTION FOR DEFAULT

The Plaintiff moves the court pursuant to Conn. Practice Book Section 17-20 that default be

 entered against the Defendant, Nationwide Affinity Insurance Company of America for failure

to appear within the time specified.

                                          THE PLAINTIFF

                                               s/429056

                                          BY_____
                                          Sarah A Cohen, its attorney
                                          580 Broad Street
                                          Bristol, CT  06010
                                          860-584-5625
                                          Juris #  429056


THE FOREGOING MOTION HAVING BEEN HEARD, IT IS HEREBY ORDERED:

Granted/Denied

                                          _____judge/clerk


Certification:

I hereby certify that a copy of the forgoing was mailed postage prepaid on April 27, 2026 to:

Josh Hershman, Commissioner,
Connecticut Insurance Department
153 Market Street   7th Floor
Hartford, CT  06103

    429056_____
Sarah A Cohen

**APPEARANCE**
JD-CL-12  Rev. 1-26
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3;
WCAG 2.1 AA

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Return date *(For Civil/Family cases)* | |
| **Feb-17-2026** | |
| Docket Number | |
| **AAN-CV-26-6067449-S** | |

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**VHP LLC  v. NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA**

| ☐ Housing Session | ☒ Judicial District | ☐ Geographic Area | Address of court *(Number, street, town and zip code)*  **14 WEST RIVER STREET MILFORD, CT 06460** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|

## Enter the Appearance of

**Name** *(Your name or name of official, firm, professional corporation, or individual attorney)*
**GFELLER LAURIE LLP**

Juris number *(For attorney/law firm)*
**429772**

Mailing address
**977 FARMINGTON AVENUE SUITE 200**

Post Office box number

Telephone number *(Area code first)*
**860-760-8400**

| City/town  **WEST HARTFORD** | State  **CT** | Zip code  **06107** | Fax number  **860-760-8401** | E-mail address  **rlaurie@gllawgroup.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| ☐ The Plaintiff. | ☒ The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: | ☐ The following Defendant(s) only: |

☐ **Other** *(Specify):*

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender OR ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.    *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case.** ☒ Yes    ☐ No
*Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13)*

| Signed *(Individual attorney or self-represented party)*  **420315** | Name of person signing at left *(Print or type)*  **ROBERT DAVID LAURIE** | Date signed  **Apr 28 2026** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically *or non-electronically on (date)* ___**Apr 28 2026**___ to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**SARAH COHEN - 580 BROAD STREET/BRISTOL, CT 06010**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)*  ▶ *420315* | Print or type name of person signing  **ROBERT DAVID LAURIE** | Date signed  **Apr 28 2026** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* | | Telephone number |

Print    Reset

DOCKET NO.: AAN-CV26-6067449-S      :      SUPERIOR COURT

                       :

VHP LLC                  :

                       :

         *Plaintiff*,          :      J.D. OF ANSONIA-MILFORD

v.                        :

                       :      AT MILFORD

NATIONWIDE AFFINITY INSURANCE      :
COMPANY OF AMERICA             :

                       :

         *Defendant.*        :      APRIL 28, 2026

## MOTION FOR EXTENSION OF TIME

Pursuant to Section 10-8 of the Connecticut Practice Book, the Defendant, Nationwide Affinity Insurance Company of America ("Nationwide"), through its undersigned counsel, hereby moves this Court for an extension of time within which to answer, object, or otherwise respond to the Complaint filed by Plaintiff VHP LLC ("Plaintiff"), dated January 15, 2026, and bearing a Return Date of February 17, 2026 (the "Complaint"). Specifically, Defendant requests that the Court issue an order extending the pleading deadline to May 25, 2026.

An agent of Nationwide first received service of process on April 23, 2026. Therefore, Nationwide is requesting an order extending the pleading deadline to thirty (30) days from the date of receipt of the Complaint, to May 25, 2026.

The requested extension is reasonable in light of the circumstances and will not delay the orderly progression of this matter to trial. A trial date has not been assigned in this matter. This is the first such motion for extension of time filed by Nationwide. No party will be prejudiced by the granting of this motion. Counsel for all parties consent to this requested extension.

1

**DEFENDANT, NATIONWIDE
AFFINITY INSURANCE COMPANY
OF AMERICA**

By:   */s/ Connor F. Giveans*
       Robert D. Laurie, Esq.
       Connor F. Giveans, Esq.
       Gfeller Laurie LLP
       Juris No. 429772
       977 Farmington Ave. / Suite 200
       West Hartford, CT 06107
       Tel. 860-760-8400
       Fax: 860-760-8401
       rlaurie@gllawgroup.com
       cgiveans@gllawgroup.com
       *Its Attorneys*

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above was mailed or electronically delivered on April 28, 2026, to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served.

Sarah A. Cohen, Esq.
580 Broad Street
Bristol, CT 06010
saranncohen@hotmail.com
*Attorney for Plaintiff*

By: ___*/s/ Robert D. Laurie*___
Robert D. Laurie, Esq.

**SCHEDULING ORDER**
JD-CV-71  Rev. 1-26

| COURT USE ONLY |
| --- |
| SCHORD |

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions**
*1. Complete all sections, sign, and file with the court.*
*2. Attach an additional page if more space is needed for either section.*

| Address of court *(Number, street, town and zip code)* | Conference date *(if known)* | Docket number |
| --- | --- | --- |
| **14 WEST RIVER STREET, MILFORD, CT 06460** | | **AAN-CV-26-6067449-S** |

Name of case *(Plaintiff v. Defendant)*
**VHP LLC v. NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA**

## Alternate Dispute Resolution

Have the parties discussed alternative dispute resolution methods (ADR),
including judicial mediation (J-ADR), binding arbitration, and private mediation?  ☐ Yes  ☒ No

Are all parties willing to refer the case to private ADR?  ☐ Yes  ☒ No

Are there reasons why this case should be referred to the Complex Litigation Docket (CLD)?  ☐ Yes  ☒ No

In non-jury cases, are the parties willing to try the case before an Attorney Trial Referee
*(an attorney designated to submit factual-findings to the court)*?  ☐ Yes  ☒ No

In jury cases, are the parties willing to try the case (with a jury) before a Judge Trial Referee
*(a judge who is 70 years or older designated to hear certain cases)*?  ☐ Yes  ☒ No

## Discovery Order

1. File *Certificate of Closed Pleadings* (JD-CV-11) by *(date)*: **Dec 31, 2026**

2. Exchange written discovery requests by *(date)*: **Oct 7, 2026**

3. Exchange responses to discovery requests by *(date)*: **Dec 8, 2026**

4. File dispositive motions, including motions for summary judgment, by *(date)*: **Feb 12, 2027**

5. Dispositive motion responses filed by *(date)*: **Apr 2, 2027**

6. Dispositive motions marked ready on the short calendar no later than *(date)*: **Mar 31, 2027**

   *(must be scheduled on the short calendar at least 120 days before trial)*

7. Disclose:  Plaintiff's experts by *(date)*: **Dec 3, 2026**   Defendant's experts by *(date)*: **Dec 10, 2026**

8. Complete depositions of:

   Plaintiff's fact witnesses by *(date)*: **Dec 17, 2026**   Defendant's fact witnesses by *(date)*: **Dec 31, 2026**

   Plaintiff's experts by *(date)*: **Jan 31, 2027**   Defendant's experts by *(date)*: **Jan 31, 2027**

9. For jury cases only:  The verdict will likely be  ☒ more than $50,000   ☐ less than $50,000

10. Finish Independent Medical Exam(s) (I.M.E.) by *(date)*: **N/A**

11. Motion to consolidate with the case named below to be filed by *(date)*:

| Docket number | Name of case to consolidate with *(Plaintiff v. Defendant)* |
| --- | --- |
| | |

12. Case will be ready for a meaningful settlement conference on *(date)*: **Apr 22, 2027**

13. Other discovery or scheduling orders:

14. List 3 dates when all parties are available to start the trial: 1. **Aug 9, 2027**   2. **Aug 10, 2027**   3. **Aug 11, 2027**

15. A pretrial conference will be held on or about *(date)*: **Jul 26, 2027**

16. If case is privileged under Connecticut Practice Book Section 14-9, specify the basis of privilege:

 **ADA Accommodations**
*ADAProgram@jud.ct.gov*
*https://www.jud.ct.gov/ADA*

 **Interpreters**
Free language services available
*https://www.jud.ct.gov/LEP*

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

[ Print ]   [ Reset ]

## Agreement

| Name of Attorney/Self-represented party | Name of Attorney/Self-represented party |
|---|---|
| _Sarah Ann Cohen_ | |
| Name of Attorney/Self-represented party | Name of Attorney/Self-represented party |
| Connor F. Giveans, esq. | |
| Name of Attorney/Self-represented party | Name of Attorney/Self-represented party |
| | |
| Name of Attorney/Self-represented party | Name of Attorney/Self-represented party |
| | |

| I certify that this proposed order has been agreed to by all counsel and self-represented parties of record. | Signed *(Attorney or self-represented party)* *Connor Giveans* |
|---|---|

*Failure to comply with these orders may result in sanctions.*

*A Motion for Continuance (JD-CV-21) must be filed if the parties are seeking to change a scheduled event. The parties may modify the scheduling order for expert witnesses by agreement, unless otherwise ordered by the court. The parties must file a Motion to Modify the Scheduling Order to change any other dates. When dates are modified, a revised scheduling order must be filed with the court.*

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 05/01/2026 ____ to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel exempt from e-filing and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

Sarah Ann Cohen
580 Broad Street
Bristol, CT 06010
saranncohen@hotmail.com

---

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.*

| Signed *(Signature of filer)* ▶ *Connor Giveans* | Print or type name of person signing Connor F. Giveans, esq. | Date signed 05/01/2026 |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* 977 Farmington Ave, Suite 200, West Hartford, CT 06107 | | Telephone number (860) 760 -8400 |

[ Print ]    [ Reset ]

ORDER    089998

DOCKET NO: AANCV266067449S

SUPERIOR COURT

VHP LLC
  V.
NATIONWIDE AFFINITY INSURANCE
COMPANY OF AMERICA

JUDICIAL DISTRICT OF ANSONIA/
MILFORD
  AT MILFORD

5/4/2026

ORDER

ORDER REGARDING:
04/28/2026 101.00 MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20

The foregoing, having been considered by the clerk, is hereby:

ORDER: DENIED

Motion for Default for Failure to Appear is DENIED as against the Defendant, NATIONWIDE
AFFINITY INSURANCE COMPANY OF AMERICA, for the following reason:

The Defendant filed an appearance on 4/28/2026.

Judicial Notice (JDNO) was sent regarding this order.

089998

_____

BY THE CLERK
Processed by: Bridget Fischer

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

AANCV266067449S    5/4/2026

Page 1 of 1

ORDER    438581

DOCKET NO: AANCV266067449S

SUPERIOR COURT

VHP LLC
  V.
NATIONWIDE AFFINITY INSURANCE
COMPANY OF AMERICA

JUDICIAL DISTRICT OF ANSONIA/
MILFORD
  AT MILFORD

5/4/2026

## ORDER

ORDER REGARDING:
05/01/2026 103.00 SCHEDULING ORDER

The foregoing, having been considered by the Court, is hereby:

ORDER: APPROVED

Superior Court Results Automated Mailing (SCRAM) Notice was sent on the underlying motion.

438581

Judge: THOMAS JAMES WELCH

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.